# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

CHARLES SCURLOCK,                 )
)
               **Plaintiff,**     )
)
       **vs.**             )      No. 4:06CV1298-SNL
)
MISSOURI ATHLETIC CLUB,     )
)
             **Defendant.**    )

## ORDER

Due to a death in the family of plaintiff, he states to the Court that he is unable to comply with that part of the Case Management Order requiring voluntary disclosure of matters set forth in Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that the parties may have until February 10, 2007 in which to comply with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that all other parts of the Case Management Order remain in full force and effect.

Dated this 19th day of January, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE